Date of Arrest: **08/03**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff,<br><br>Vs.<br><br>Jorge Alberto TOLEDO-Juarez<br>AKA: None Known<br>213016022<br>YOB: 1998<br>Citizen of Mexico<br>Defendant | Magistrate Case No. 21-1341 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 03, 2021 Defendant Jorge Alberto TOLEDO-Juarez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about January 12, 2018. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louis Uhl*

*SAD for LCU*

Signature of Complainant

**Jarrett Venters**
**Border Patrol Agent**

Sworn to before me and subscribed telephonically,

_____August 04, 2021_____ at  _____Yuma, Arizona_____

Date                                                                     City and State

James F. Metcalf, United States Magistrate Judge

Name & Title of Judicial Officer                    Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Jorge Alberto TOLEDO-Juarez
AKA: None Known
213016022

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 03, 2021, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Santa Ana, California on or about January 11, 2018. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about January 12, 2018, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of Santa Barbara, on or about March 16, 2017, for the crime of Prevent/Dissuade Witns Threat/Frc, a felony.

Agents determined that on or about August 03, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Juan Hernandez, Nereo Gomez, and Daniel Tellez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Francisco Arreola.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____August 04, 2021_____
Date

_____
Signature of Judicial Officer

-2-